IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELDON LEE ROSE,<br><br>        Plaintiff,<br>vs.<br><br>SHIRLEY ANN DELAHOUSSAYE,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-03-6125 OWW LJO<br><br>**ORDER ON FILING FEES MOTION**<br>(Doc. 13.) |

This Court DENIES plaintiff's motion seeking to avoid full payment of this Court's filing fee. *See* 28 U.S.C. §1915(b)(1).

IT IS SO ORDERED.

**Dated:   August 15, 2005**                  /s/ Lawrence J. O'Neill
66h44d                                         UNITED STATES MAGISTRATE JUDGE

1